# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZEESHAN NIAZI,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**WELLS FARGO BANK, ET AL.,**<br><br>　　　　　Defendants. | Case No.  20-cv-6874-YGR<br><br>**ORDER OF DISMISSAL**<br>Dkt. Nos. 41, 46 |

　　The parties to the action, by and through their counsel, have advised the Court that they have agreed to a stipulated dismissal.

　　Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

　　**IT IS SO ORDERED**.

Dated: September 15, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**